# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 2:21-mj-00113** |
| **SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS** | **MAGISTRATE JUDGE JOLSON** |

## MOTION TO UNSEAL SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, NON-DISCLOSURE ORDERS, AND RELATED DOCUMENTS

The United States of America, by and through undersigned counsel, respectfully requests that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in this case be unsealed.  The undersigned counsel has reviewed the materials and submits that the materials do not contain the personal identifying information of uncharged persons.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Jessica W. Knight
JESSICA W. KNIGHT (86615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Email: Jessica.knight@usdoj.gov

1